UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TONY LEROY CLEVELAND, No. 10468-062

        Petitioner,

v.

    Case No. 26-cv-322-JPG

WARDEN WADAS, FCI-Marion,

        Respondent.

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Tony Leroy Cleveland's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed, that judgment is entered in favor of respondent Warden Wadas, FCI-Marion, and against petitioner Tony Leroy Cleveland, and that this case is dismissed with prejudice.

**DATED: May 22, 2026**
      **MONICA A. STUMP, Clerk of Court**

                                     **Tina Gray, Deputy Clerk**

**Approved:** _____
      **J. PHIL GILBERT**
      **DISTRICT JUDGE**